EDWARD H. W. MASON, as Administrator, etc., Respondent, *v.* THE ATLANTIC AVENUE RAILROAD COMPANY, Appellant.

(Argued December 5, 1893; decided December 19, 1893.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 25, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Frank H. Platt* for appellant.

*James D. Crane* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.  _____